DORSEY & WHITNEY LLP
J. Michael Keyes (SBN 262281)
  *keyes.mike@dorsey.com*
Emily Martin-Shakya (*pro hac vice pending*)
  *martin.shakya.emily@dorsey.com*
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone:  206.903.8800
Facsimile:   206.903.8820

DORSEY & WHITNEY LLP
Kent J. Schmidt (SBN 195969)
  *schmidt.kent@dorsey.com*
600 Anton Boulevard, Suite 200
Costa Mesa, CA 92626
Telephone:  714.800.1400
Facsimile:   714.800.1499

*Attorneys for Plaintiff Cellese, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLESE, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>SKINCARE SOLUTIONS STORE, LLC,<br><br>            Defendant. | Case No. 8:26-cv-00638_____<br><br>**COMPLAINT FOR:**<br><br>**1) FEDERAL TRADEMARK INFRINGEMENT;**<br><br>**2) FEDERAL FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION;**<br><br>**3) FEDERAL FALSE ADVERTISING**<br><br>**4) COMMON LAW FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION;**<br><br>**5) UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE;**<br><br>**JURY DEMANDED** |

Plaintiff Cellese, Inc. ("Plaintiff" or "Cellese") by and through the undersigned counsel, for its complaint against Defendant Skincare Solutions Store, LLC ("Defendant" or "Skincare Solutions"), alleges the following:

### INTRODUCTION & SUMMARY OF RELIEF REQUESTED

1.      This action is for trademark infringement, unfair competition, unfair or deceptive trade practices, and false advertising, under the Lanham Act and California law, arising from Skincare Solutions' unauthorized use of Cellese's trademarks in connection with the advertising, sale, and/or distribution of non-genuine goods and Skincare Solutions' false and misleading statements regarding that use.

2.      Skincare Solutions' willful, deliberate, and malicious acts detailed herein are causing substantial and irreparable harm to Cellese's goodwill, reputation, and business, as well as widespread damage and harm to consumers falling victim to Skincare Solutions' infringing and deceptive conduct.

3.      As detailed herein, Cellese develops, manufactures, and sells cutting-edge skincare products, including the renowned AnteAGE® brand of stem-cell based skincare products.  Many AnteAGE® products are designed strictly for in-office use under the care of trained medical and skincare professionals to ensure the quality of the products.  All products within the AnteAGE® brand are only lawfully sold to consumers through Cellese's network of authorized resellers ("Authorized Providers").

4.      As a prerequisite to becoming a carefully vetted Authorized Provider, Cellese requires Authorized Providers to agree to and follow the AnteAGE® Provider Agreement ("Provider Agreement") and the AnteAGE® Provider Terms and Conditions ("Provider Terms and Conditions") (collectively, the AnteAGE® Terms").  The AnteAGE® Terms contain strict quality control measures to ensure the quality of AnteAGE® products, and in turn, the integrity of the trademarks used in connection with those products.  These quality control measures ensure that Authorized Providers possess the knowledge and expertise of AnteAGE® products,

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

the products are being stored and shipped properly, the products are used as intended, and any adverse reactions are promptly reported to Cellese. Authorized Providers further ensure that products intended strictly for in-office use are only distributed to consumers by a practicing physician or skincare professional.

5. As detailed herein, AnteAGE® products are branded with the incontestable AnteAGE® trademark, as well as the ANTEAGE MD, ANTEAGE MD P.E.A.R.L., ANTEAGE BIOSOMES, and BIOSOME trademarks pending federal registration. Cellese owns valid and subsisting trademarks and pending applications for these marks, and has common law rights thereto.

6. Defendant Skincare Solutions is a skincare product sales company operating through various online commercial websites, including but not limited to, www.skincaresolutionsstore.com. As detailed herein, Skincare Solutions and its founder, Tara Ashwood, are serial trademark infringers that have a decades-long practice of selling non-genuine products purporting to be authentic goods of multiple skincare brands, including Cellese's AnteAGE® brand.

7. Without Cellese's authorization, Skincare Solutions has been and continues to advertise, sell, and distribute at least 45 non-genuine products that purport to be genuine AnteAGE® products by using verbatim copies of Cellese's trademarks in connection with the advertising, sales, and distribution of the non-genuine products. At least 15 of these products include those that are strictly intended for in-office use by licensed medical and skincare professionals, not for direct sale to consumers.

8. Skincare Solutions is not an Authorized Provider of AnteAGE® products, and yet it falsely and misleadingly advertises itself as a "trusted" and "authorized" provider of the non-genuine products. www.skincaresolutionsstore.com; https://www.skincaresolutionsstore.com/about-us.html. For example, Skincare Solutions falsely and misleadingly states multiple times on its website—including on the footer of *each and every webpage*—that its

-3-

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

products are "authentic," when in fact, they are not. *See, e.g.*, https://www.skincaresolutionsstore.com/ ("All items are authentic . . . ."). Skincare Solutions also makes multiple, additional false and misleading statements throughout its website that its non-genuine products are "Physician Grade," that such products are "expertly curated by renowned skin care expert Tara Ashwood," and that Skincare Solutions is a "trusted online retailer of physician-grade skin care products" that "guarantee[s] authenticity," is "fully authorized and [a] recognized partner[] of each brand available on our website," and provides "anti-aging products directly from their distributors." *Id.*; https://www.skincaresolutionsstore.com/about-us.html.

9. Skincare Solutions knows perfectly well that its infringing and deceptive conduct is unlawful. It has been sued for similar misconduct at least three times since 2017. *See Alastin Skincare, Inc. v. Skincare Solutions Store, LLC*, No. 1:21-cv-11386-LTS (D. Mass. Oct. 15, 2021); *Dermaforce Holdings, LLC et al. v. Ashwood a/k/a Tara Salz et al.*, No. 1:18-cv-01171-STV (D. Col. May 14, 2018); *Interkontinental Invest. Man., LLC et al. v. Ashwood et al.*, No. 9:17-cv-80061-KAM (D. Fl. Jan. 17, 2017). Additionally, Skincare Solutions' self-described founder, Tara Ashwood (formerly "Salz"), has been sued for directing and/or engaging in similar misconduct by and through another online skincare retailer owned by Ashwood, Advanced Skincare, at least four times between 2008–2017. *See Senté, Inc. v. Advanced Skincare, LLC et al.*, No. 1:17-cv-2818-WJM-MJW (D. Col. Nov. 22, 2017); *Zo Skin Health, Inc., v. Tara Salz*, No. 1:14-cv-21376-KMM (D. Fl. April 16, 2014); *Zo Skin Health, Inc., v. Advanced Skincare, LLC et al.*, No. 1:12-cv-1584-MEH (D. Col. June 18, 2012); *Voss Laboratories et al. v. Tara Salz et al.*, No. 2:08-cv-498-DAK (D. Utah June 30, 2008).

10. This infringing and deceitful conduct is unauthorized, illegal, and willful. Skincare Solutions' misconduct has produced and, unless enjoined by this Court, will continue to produce a likelihood of consumer confusion and deception and irreparable harm to Cellese and consumers. Consumers are likely to be deceived

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

into believing that these non-genuine products are associated with Cellese because both Skincare Solutions' webpage listings and the products as shipped look like genuine Cellese products with verbatim copies of Cellese's trademarks. Consumers are likely to be further confused by the false and misleading statements littered throughout Skincare Solutions' website regarding the authenticity of these non-genuine products and Skincare Solutions' status as a "trusted" and "authorized" source for such products.

11. Skincare Solutions' unauthorized use of Cellese's trademarks and false and misleading statements have damaged and continue to damage Cellese's goodwill, reputation, business, and consumers, and has and will continue to cause widespread, irreparable injury unless enjoined by this Court. This conduct has degraded Cellese's ability to control the quality of the products bearing Cellese's trademarks and harms consumers and the marketplace. Cellese is suffering a loss of the enormous goodwill that it has created in its trademarks and is losing profits from lost sales of products.

12. Cellese seeks injunctive relief, all monetary damages available to it in law or in equity, and an award of attorneys' fees and costs for Skincare Solutions' willful and illegal conduct.

## PARTIES

13. Cellese is a for-profit corporation organized under the laws of the state of Delaware and has its principal place of business in this judicial district at 1842 Barranca Parkway, Irvine, CA 92606. Cellese develops, manufactures, and sells skincare products throughout the world, including in the United States.

14. Skincare Solutions is a limited liability company organized under the laws of the state of Colorado with its principal address at 10569 W Vista View Drive, Littleton, Colorado 80127. Skincare Solutions does business or has done business and sold products to consumers, including the Cellese products, within the State of California, and in this District through various online commerce sites, including, but not limited to, www.skincaresolutionsstore.com.

-5-

COMPLAINT AGAINST SKINCARE SOLUTIONS                                    Case No. 8:26-cv-00638

15.   The unlawful acts alleged herein were authorized, ordered, or performed by Skincare Solutions' respective officers, agents, employees, representatives, or shareholders on its behalf while actively engaged in the management, direction, or control of Skincare Solutions' businesses or affairs.  Skincare Solutions' agents operated under the explicit and apparent authority of their principals.  Skincare Solutions and its subsidiaries, affiliates, and agents operated as a single unified entity.

16.   Various persons and/or firms not named as defendants may have participated as co-conspirators in the violations alleged herein and may have performed acts and made statements in furtherance thereof.  Each acted as the principal, agent, or joint venture of Skincare Solutions, or for other defendants with respect to the acts, violations, and common course of conduct alleged herein.

## JURISDICTION AND VENUE

17.   This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and § 1338 because this dispute concerns the rights of parties under the Lanham Act, 15 U.S.C. § 1051 *et seq*.

18.   This Court also has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because there is complete diversity between Cellese and Skincare Solutions and the amount in controversy exceeds $75,000.  Cellese is a California for-profit corporation with its principal place of business in California, while Skincare Solutions is a Colorado limited liability company with its principal place of business in Colorado.

19.   This Court has supplemental jurisdiction over all state claims under 28 U.S.C. § 1367 because all state law claims asserted herein are related to the same controversy.  Specifically, all state law claims asserted herein relate to Skincare Solutions' marketing, offering for sale, and sale of non-genuine goods bearing Cellese's trademarks and Skincare Solutions' false and misleading statements detailed herein, all of which give rise to the federal causes of action.

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

20.     This Court has personal jurisdiction over Skincare Solutions because, on information and belief, Skincare Solutions regularly: (a) conducts, transacts, and/or solicits business in California and in this judicial district; (b) derives substantial revenue from its business transactions in California and in this judicial district; and/or otherwise (c) avails itself of the privileges and protections of California such that this Court's assertion of jurisdiction does not offend traditional notions of fair play and due process.  Skincare Solutions has engaged in the infringing conduct detailed herein in this judicial district by transacting business regarding the infringing products in this district.

21.     For example, as set forth in more detail below, Skincare Solutions has offered for sale, sold, distributed, displayed and/or allowed to be displayed to consumers infringing products in this judicial district.  In addition, Skincare Solutions' infringing conduct has caused injury to Cellese in California and this judicial district such that Skincare Solutions should reasonably expect such actions to have consequences in California and this judicial district.

22.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) and § 1400 because, as described herein, Skincare Solutions conducts, transacts, and/or solicits business in this judicial district, and the actions that give rise to the allegations of this Complaint occur in this district.

## CELLESE'S RENOWNED ANTEAGE® BRAND

23.     Cellese is a world-renowned skincare company developing and manufacturing science-backed skincare products based on growth factors and exosomes.  *See* https://anteage.com/.  This includes the highly successful anti-aging skincare line, AnteAGE® (the "AnteAGE® Brand" or "AnteAGE® Products").  *See id.*  Through the AnteAGE® Brand, Cellese pioneered the science of reactivating the skin's natural regenerative properties by utilizing Stem and Growth Factor Cytokines derived from human bone marrow.  *Id.*  AnteAGE® Products are intended to

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

complement in-office skin treatments performed by doctors and estheticians, such as microneedling and laser resurfacing. *Id.*

24.   As detailed herein, Cellese strictly controls the sale, distribution, and marketing of *all* AnteAGE® Products by limiting access to vetted, contracted medical and cosmetology providers, resellers, and distributors. *See* https://anteage.com/pages/product-authenticity. Additionally, several AnteAGE® Products contain a significantly higher concentration of stem cell cytokines and are thus strictly intended for in-office use or resale by licensed medical professionals and estheticians. *See* https://anteage.com/pages/faq. These include products under the lines AnteAGE MD, AnteAGE MDX, and AnteAGE P.E.A.R.L., as well as Microchanneling products and certain Microneedling products. *See* https://anteage.com/collections/medical-skincare; https://anteage.com/pages/discover-pearl; https://anteage.com/collections/stem-cell-facial; https://anteage.com/collections/microneedling.

25.   AnteAGE® Products strictly intended for in-office use are not sold to direct consumers. Instead, these products are only available through in-office treatments or resale under the supervision of licensed professionals through authorized medical and cosmetology facilities. *See* https://anteage.com/pages/faq. To ensure consumers understand this, Cellese provides a directory on the AnteAGE® website of providers supplying such products. *See* https://anteage.com/pages/find-a-provider.

### A.   Cellese's Trademarks Used in Connection with the ANTEAGE® Brand

26.   Cellese has taken significant steps to protect its intellectual property used in connection with the AnteAGE® Brand. Cellese owns multiple issued and pending trademark applications used within the AnteAGE® Brand, including an incontestable registration for AnteAGE® (Reg. No. 6078458) and pending applications for ANTEAGE MD (Serial No. 99485155), ANTEAGE MD P.E.A.R.L.

-8-

(Serial No. 99485166), ANTEAGE BIOSOMES (Serial No. 98786630), and BIOSOME (Serial No. 98392387), as shown below.

| Mark | Serial No. / Filing Date / First Use in Commerce | Reg. No. / Reg. Date | Goods and Services | Reg. Type |
|---|---|---|---|---|
| ANTEAGE | Ser. No. 88607656<br><br>Filed: 9/6/2019<br><br>First Use in Commerce: 2/15/2012 | Reg. No. 6078458<br><br>Registered: 6/16/2020 | IC 003: Cosmetic preparations for skin care; Cosmetics and cosmetic preparations; Skin cleansers. | Principal |
| ANTEAGE | Serial No. 85691584<br><br>Filed: 7/31/2012<br><br>First Use in Commerce: 2/15/2012 | Reg. No. 4281016<br><br>Reg. Date: 1/22/2013 | IC 003: Cosmetic preparations for skin care; Cosmetics and cosmetic preparations. | Supplemental |
| BIOSOME | Ser. No. 98392387<br><br>Filed: 2/5/2024 | Pending | IC 003: Cosmetic preparations for skin care; Cosmetics and cosmetic preparations; Non-medicated skin care preparations, namely, creams, serums, solutions, lotions, gels, toners, and cleansers. | Principal |

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

| ANTEAGE BIOSOMES | Ser. No. 98786630<br><br>Filed: 10/4/2024 | Pending | IC 003: Cosmetic skin care preparations; cosmetics; cosmetics for use on the skin; cosmetic creams and lotions; facial serums; cosmetic preparations for skin care in the form of gels; toners for cosmetic use; skin cleansers. | Principal |
|---|---|---|---|---|
| ANTEAGE MD P.E.A.R.L. | Ser. No. 99485166<br><br>Filed: 11/7/2025 | Pending | IC 003: Cosmetic preparations for skin care; Non-medicated skin care preparations; Skin care products, namely, non-medicated skin serum. | Principal |
| ANTEAGE MD | Ser. No. 99485155<br><br>Filed: 11/10/2025 | Pending | IC 003: Cosmetic preparations for skin care; Non-medicated skin care preparations; Skin cream; | Principal |

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

| | | | Skin moisturizer; Skin care products, namely, non-medicated skin serum; Cosmetics; Hair care preparations. | |
|---|---|---|---|---|

27. Cellese owns each of the above-depicted registrations and pending applications, which are valid, subsisting, and in full force and effect. Cellese also has common law rights with respect to all of the above-depicted registrations and pending applications. The above-depicted registrations and pending applications, and the common law rights thereto, are all collectively referred to herein as the "Cellese Marks."

28. True and correct copies of the registration certificate for the incontestable AnteAGE® Registration (Reg. No. 6078458), and the Combined Declaration of Use and Incontestability under Sections 8 & 15 declaring the incontestability of the registration, are attached hereto as **Exhibit A**. As stated on the registration certificate, the AnteAGE® mark was first used in commerce on February 15, 2012. *Id* at 1. Registration No. 6078458 is incontestable because Cellese has used AnteAGE® continuously with the goods and services listed on the registration for at least five consecutive years, and Cellese has submitted a Combined Declaration of Use and Incontestability under Sections 8 & 15 declaring the incontestability of the registration to the USPTO within one year of the five-year period following registration. *See id.* at 3-13.

29. Cellese markets goods bearing the Cellese Marks through the AnteAGE® website, https://anteage.com/, through contracted, authorized providers as described below, various social media platforms, and other media.

COMPLAINT AGAINST SKINCARE SOLUTIONS     Case No. 8:26-cv-00638

30.    Cellese's products have also been featured in national beauty industry publications, including but not limited to *Cosmopolitan*, *Allure*, *RealSelf*, *NewBeauty*, *InStyle*, *Dermatology Times*, and *PhotoBook Magazine*.  Examples of just some of the publications are attached hereto as **Exhibit B**.  Cellese's products and its innovative stem cell technology have also been featured in articles published by *W.H.Y.Y.* and *Medium*.  Examples of these articles are attached hereto as **Exhibit C**.

31.    Through its extensive marketing and exclusive use of the AnteAGE® Brand, Cellese has developed tremendous goodwill and consumers have come to associate the AnteAGE® Brand exclusively with Cellese.

**B.    Cellese's Strict Quality Control Measures Ensure the Integrity of the ANTEAGE® Brand**

32.    Cellese uses numerous quality control measures to ensure the integrity of its products and the trademarks used in the marketing, sale, and distribution of those products.

33.    On the manufacturing side, Cellese uses a state-of-the-art laboratory with meticulous safeguards and quality check standards to produce effective and safe products.  *See* https://anteage.com/pages/about-us.

34.    On the sales and distribution side, Cellese strictly controls the sale, distribution, and marketing of *all* AnteAGE® products by limiting access to vetted, contracted medical and cosmetology providers, resellers, and distributors.  *See* https://anteage.com/pages/product-authenticity.    Cellese requires Authorized Providers to be bound by the aforementioned AnteAGE® Terms.  True and correct copies of the AnteAGE® Terms are attached hereto as **Exhibit D**.

35.    To ensure proper marketing, sale, and distribution, the AnteAGE® Terms prohibit resell of "any AnteAGE® products on any online platforms, such as Amazon, eBay, or other e-commerce websites."  *Id.* at 2, 8.  Authorized Providers must also *request* to sell qualifying AnteAGE® Products on their e-commerce store,

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

and only after approval may they sell "to their own patients, with password protection, and no pricing visible to the public." *Id.* at 2-3. And, "[o]nly AnteAGE® Homecare is available to sell online. Under no circumstances can AnteAGE® professional treatment solutions be sold online to consumers" because "[t]hese products are meant for in-office use only." *Id.* at 2, 8-9. Authorized Providers are also prohibited from selling or purchasing AnteAGE® Products outside of the United States and Canada, prohibited from having products delivered to home addresses instead of businesses, and may only use approved marketing materials and pricing. *Id.* at 2, 8.

36. To ensure proper use, "[a]ll AnteAGE® products require the oversight of a dispensing physician or licensed professional for safe and optimal results." *Id.* Authorized Providers must adhere to applicable law, safety, and efficacy requirements, such as to "comply with indicated dispensing and usage directions," "adhere to labeled expiration dates noted on packaging," and to report to Cellese "any adverse events witnessed in office or reported by user." *Id.* An Authorized Provider must "certif[y] that it is in compliance with all applicable laws relating to: (1) its status as a physician or a medical practice; (2) sale of over-the-counter products to patients; and, (3) any appearance before governmental agencies and instrumentalities." *Id.* at 3.

37. By requiring that Cellese's Authorized Providers be bound by the AnteAGE® Terms, Cellese ensures that Authorized Providers maintain a high level of consumer care and clinical insight regarding the science, chemistry, and effects of the AnteAGE® Products so as to advise consumers on the most appropriate and effective product and offer customer support. This is especially critical to ensure that the products the consumer purchases are specifically tailored to address the consumer's needs and issues, as well as to ensure the health and safety of the consumer. All of this ensures that Cellese retains control over the integrity of the products bearing the AnteAGE® and product marks.

38. Cellese makes its strict quality control measures well known. As stated on the AnteAGE® website, "[a]uthentic AnteAGE® products may only be purchased directly from AnteAGE®, or through one of our vetted providers, resellers, or distributors. As a result, any AnteAGE® product listed for sale outside of these channels should be considered as counterfeit. This includes any and all large online marketplace retailers, such as: Amazon.com, eBay.com, Overstock.com, Rakuten.com, Walmart.com, and SkinSolutionsStore.com." https://anteage.com/pages/product-authenticity. Cellese requests that consumers who suspect they have purchased a counterfeit item from an unauthorized dealer contact Cellese immediately to report the misconduct. https://anteage.com/.

39. As a result of Cellese's commitment to the integrity of AnteAGE® Products, the Cellese Marks have amassed tremendous goodwill. In turn, Cellese ensures that this goodwill is entrusted only to Authorized Providers. As stated in the AnteAGE® Terms, *only* Authorized Providers are granted a "non-exclusive, non-transferrable, and non-sublicensable license to use Cellese's trademarks for AnteAGE® products," and such use must be "solely in connection with the marketing, promotion, advertising, and sale of AnteAGE® products." Exhibit D at 11. Any other use of Cellese trademarks is strictly prohibited. *Id.* at 11-12.

**C.** **Cellese Provides Notice of Its Trademarks and the Authenticity of Genuine AnteAGE® Products**

40. Cellese provides notice of the authenticity of AnteAGE® Products bearing the Cellese Marks to consumers or entities who view the AnteAGE® website:

> At AnteAGE®, we are committed to providing providers and patients alike with access to skin, hair, and vaginal treatment solutions and home care products with the highest level of efficacy backed by leading edge regenerative science. Because of this commitment, we take pride in the process that goes into reviewing and vetting all potential providers, resellers, and distributors.

> Authentic AnteAGE® products may only be purchased directly from AnteAGE®, or through one of our vetted providers, resellers, or

-14-

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

distributors. As a result, any AnteAGE® product listed for sale outside of these channels should be considered as counterfeit. This includes any and all large online marketplace retailers, such as: Amazon.com, eBay.com, Overstock.com, Rakuten.com, Walmart.com, and SkinSolutionsStore.com.

*Product Authenticity*, AnteAge, https://anteage.com/pages/product-authenticity (last visited March 2, 2026).

41. Cellese's Terms of Service also provide the following limitations and prohibitions relating to use of its trademarks, engaging in unlawful activity, and making false or misleading statements:

[Y]ou are prohibited from using the site or its content: (a) for any unlawful purpose; (b) to solicit others to perform or participate in any unlawful acts; (c) to violate any international, federal, provincial or state regulations, rules, laws, or local ordinances; (d) to infringe upon or violate our intellectual property rights or the intellectual property rights of others; . . . (f) to submit false or misleading information; . . . We reserve the right to terminate your use of the Service or any related website for violating any of the prohibited uses.

*Terms & Conditions*, AnteAge, https://anteage.com/pages/terms-conditions (last visited March 2, 2026).

### SKINCARE SOLUTIONS' INFRINGING USE OF CELLESE'S TRADEMARKS ON NON-GENUINE ANTEAGE® PRODUCTS

42. As part of its ongoing commitment to protecting the integrity of the AnteAGE® Brand, Cellese recently uncovered that Skincare Solutions is selling, without authorization, at least 45 products that purport to be AnteAGE® Products and bear exact copies of the AnteAGE®, ANTEAGE MD, ANTEAGE MD P.E.A.R.L., ANTEAGE BIOSOMES, and BIOSOME marks (the "Non-Genuine Products"). True and correct copies of the webpages displaying the Non-Genuine Products are attached hereto, collectively, as **Exhibit E**. At least 15 of these products include those that are strictly intended for in-office use by licensed medical and skincare professionals, not for direct sale to consumers. *See id.* at 17-34, 53-62, 65-66. This unauthorized use of the Cellese Marks on non-genuine goods constitutes

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

trademark infringement, as it deprives Cellese of quality control over its products bearing the Cellese Marks.

43. Goods that lack the quality control of the trademark holder are not "genuine" for purposes of the Lanham Act and are thus subject to liability for trademark infringement. *Polymer Tech. Corp. v. Mimran*, 37 F.3d 74, 32 (2d Cir. 1994) ("Goods [] that do not meet the trademark owner's quality control standards will not be considered genuine goods, and their sale will constitute trademark infringement."). Where the sale of non-genuine goods bears the mark of the trademark holder's genuine goods, it is "plain" that the non-genuine goods create a likelihood of confusion under 15 U.S.C. § 1114. *El Greco Leather Prods. Co. v. Shoe World, Inc.*, 806 F.2d 392, 396 (2d Cir. 1986) (finding infringement and reversing district court's holding that goods that lacked the mark holder's quality control measures were genuine because the mark holder had been deprived of "[o]ne of the most valuable and important protections afforded by the Lanham Act[,] [] the right to control the quality of the goods manufactured and sold under the holder's trademark"); *Idaho Potato Comm'n v. G&T Terminal Packaging, Inc.*, 425 F.3d 708, 721 (9th Cir. 2005) ("[M]any cases have found a likelihood of confusion when a trademark owner was prevented from exercising quality control over the merchandise bearing its mark."); *Zino Davidoff SA v. CVS Corp.*, 571 F.3d 238, 246 (2d Cir. 2009) ("A mark holder is entitled to protection against acts that subvert its ability to protect the reputation of its marks by exercising quality control.").

## A. Skincare Solutions Sells At Least 45 Non-Genuine Products Bearing the Cellese Marks

44. The Non-Genuine Products Skincare Solutions purports to sell using the Cellese Marks are not genuine. As explained above, *all* AnteAGE® products cannot be lawfully distributed to anyone other than Authorized Providers. Skincare Solutions is not an Authorized Provider. Thus, to the extent Skincare Solutions maintains that the Non-Genuine Products were manufactured by Cellese, Skincare

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

Solutions did not obtain those products from Cellese. This means that Cellese has been deprived of its right to ensure that any products bearing the Cellese Marks have undergone the strict quality control measures that Cellese requires of genuine AnteAGE® Products.

45.    As explained above, Cellese has instituted numerous, strict quality control procedures that it abides by and requires *all* contracting sellers, distributors, and providers to abide by. Authorized Providers are bound by the AnteAGE® Terms, which ensure that AnteAGE® Products are used safely and effectively and are not resold or marketed to unauthorized parties. The AnteAGE® Terms also require that AnteAGE® Products strictly intended for in-office use are limited to that use by licensed providers.

46.    Skincare Solutions is selling the Non-Genuine Products without any of these quality controls. The Non-Genuine Product webpages allow for sale directly to consumers, *see generally* Exhibit E, which is squarely against the intended purpose of the many AnteAGE® Products designed strictly for in-office use. The Non-Genuine Product webpages also contain no information as to the directions, intended use, warnings, or any other crucial information that Cellese requires its Authorized Providers distribute to consumers receiving genuine AnteAGE® Products. *See generally id.* And, Cellese has no way to ensure that an unauthorized seller like Skincare Solutions is monitoring the use of the Non-Genuine Products as the AnteAGE® Terms demand of Authorized Providers.

47.    There is simply no way to ensure that Skincare Solutions' Non-Genuine Products that bear the Cellese Marks are subject to the strict quality control measures that Cellese requires of genuine AnteAGE® Products distributed through Authorized Providers. To the extent Skincare Solutions maintains that it purchased these products, that does not transform non-genuine goods into genuine AnteAGE® products. Thus, these products are non-genuine goods.

**B.    Skincare Solutions' Unauthorized Use of the Cellese Marks on the Non-Genuine Products Violates Federal and State Laws Prohibiting Trademark Infringement and Unfair Competition and False Designation of Origin**

48.    Skincare Solutions blatantly uses the AnteAGE®, ANTEAGE MD, ANTEAGE MD P.E.A.R.L., ANTEAGE BIOSOMES, and BIOSOME marks multiple times on at least 45 Non-Genuine Products to trade off the goodwill that Cellese has built in its trademarks. *See generally id.*  This blatant use of the Cellese Marks on non-genuine goods creates a likelihood of confusion in the marketplace. Skincare Solutions' products bear exact copies of the AnteAGE®, ANTEAGE MD, ANTEAGE MD P.E.A.R.L., ANTEAGE BIOSOMES, and BIOSOME marks. Skincare Solutions markets, sells, and distributes the Non-Genuine Products to the same class of consumers that would seek to purchase treatments using genuine AnteAGE® Products.  Further, imitating genuine products wreaks of ill intent.  This infringing use of the Cellese Marks on the Non-Genuine Products deprives Cellese of its right to ensure the quality of the AnteAGE® Products.

49.    Just a few of the numerous examples of this unauthorized use are depicted in the screenshots below.  *See also* Exhibit E at 9-12, 17-22, 39-40.



COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638



**Skincare Solutions Store**

Free samples with every order
*Your Trusted Seller for 20 Years*

Sign Up For Savings

Home    Shop By Brand    Shop By Type    Body    About Us

HOME / AnteAGE PEARL Exosome Solution - Single

## AnteAGE PEARL Exosome Solution - Single

Item #: anteage-pearl-exosome

Price: **$360.00**

Availability: In Stock

Qty:

−   1   +

**Add to Cart**

Like 0    Recommend 0

**Description**    Related    💬 Reviews

P.E.A.R.L. is our first-of-its-kind, in-office Advanced Cell Signaling System, combining:

• PDRN to boost tissue regeneration, elasticity, and hydration • AnteAGE Exosomes to accelerate healing and stimulate collagen + elastin • Recombinant Growth Factors (PDGF) for repair and firming

Add in antioxidants (Glutathione + Vitamin C) and amino acids for barrier support and glow, and you've got a treatment that truly elevates everything it touches.

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638



COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638



COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

50. Skincare Solutions' infringing conduct also constitutes unfair competition and false advertising by falsely indicating affiliation with genuine AnteAGE® Products, which misrepresents the nature, characteristics, and qualities of Cellese's goods.

51. This infringing conduct is likely to cause confusion, deception, and mistake that will exceedingly harm Cellese and consumers nationwide and in this District. The Non-Genuine Products are nearly indistinguishable from genuine

COMPLAINT AGAINST SKINCARE SOLUTIONS                Case No. 8:26-cv-00638

AnteAGE® Products and consumers are likely to believe that the Non-Genuine Products are associated with, sponsored by, or affiliated with Cellese and that Cellese approves, sponsors, or otherwise endorses Skincare Solutions and its infringing activity. Cellese does not approve, sponsor, or otherwise endorse Skincare Solutions, its conduct, or the Non-Genuine Products.

52.   These illicit acts are causing and are likely to cause significant damage and harm to Plaintiff's reputation. They are also causing and are likely to cause significant harm to consumers.

### SKINCARE SOLUTIONS' FALSE AND MISLEADING STATEMENTS REGARDING THE AUTHENTICITY AND QUALITY OF NON-GENUINE ANTEAGE® PRODUCTS AND SKINCARE SOLUTIONS' STATUS AS A "TRUSTED" AND "AUTHORIZED" DEALER OF ANTEAGE® PRODUCTS

53.   In addition to Skincare Solutions' willful and malicious acts of trademark infringement and unfair competition and false designation of origin, Skincare Solutions has engaged in false advertising by making numerous false and misleading statements regarding the authenticity of its products and its position in the marketplace as a "trusted" source for such products. Consumers are likely to be confused by these false and misleading statements littered throughout Skincare Solutions' website, and notably, often displayed directly alongside the Non-Genuine Products and/or the Cellese Marks.

54.   For example, Skincare Solutions falsely and misleadingly states on *each and every webpage*—including on each and every webpage for the Non-Genuine Products—that its products are "authentic," when in fact, they are not, and that Skincare Solutions is a "trusted seller" of the Non-Genuine Products it advertises, offers for sale, and distributes, when in fact, it is not authorized to sell AnteAGE® Products. *See e.g.,* Exhibit E; https://www.skincaresolutionsstore.com/; https://www.skincaresolutionsstore.com/about-us.html.   Additionally, Skincare Solutions' homepage contains a prominent banner that states Skincare Solutions brings consumers "authentic" products. https://www.skincaresolutionsstore.com/.

Below are screenshots representing these false and misleading statements as they appear on Skincare Solution's homepage (https://www.skincaresolutionsstore.com/). A true and correct copy of Skincare Solutions' homepage is attached hereto as **Exhibit F**.



55.     These false and misleading statements are displayed as the header and footer of each of the webpages for the Non-Genuine Products, *see generally* Exhibit E, creating a likelihood that consumers will falsely believe that the Non-Genuine Products are associated with, sponsored by, or affiliated with Cellese and that Cellese approves, sponsors, or otherwise endorses Skincare Solutions and its infringing activity.

56.     Skincare Solutions also makes multiple, additional false and misleading statements throughout its website that the Non-Genuine Products are "Physician Grade," when in fact, they are non-genuine goods. *See, e.g.,* https://www.skincaresolutionsstore.com/; https://www.skincaresolutionsstore.com

COMPLAINT AGAINST SKINCARE SOLUTIONS                              Case No. 8:26-cv-00638

/about-us.html; *see* Exhibit F at 1-3.  In one prominent example, Skincare Solutions makes this false and misleading statement, in addition to the above false and misleading statements, while blatantly displaying AnteAGE® and ANTEAGE MD Marks.  Below is a screenshot representing this statement as it appears on the homepage of https://www.skincaresolutionsstore.com/.  *See also* Exhibit F at 1.



57.  In another prominent example on Skincare Solutions' homepage, Skincare Solutions makes the false and misleading statement that its products are "Physician Grade" while displaying two of the Non-Genuine Products bearing Cellese's ANTEAGE MD P.E.A.R.L., AnteAGE®, ANTEAGE BIOSOMES, and BIOSOME Marks.  https://www.skincaresolutionsstore.com/; *see also* Exhibit F at 2. This false and misleading statement is followed by the additional false and misleading statement that the products are "[e]xpertly curated by skin care expert Tara Ashwood."  https://www.skincaresolutionsstore.com/; *see also* Exhibit F at 2. Below is a screenshot representing those false and misleading statements as they

COMPLAINT AGAINST SKINCARE SOLUTIONS                              Case No. 8:26-cv-00638

appear on Skincare Solutions' homepage (https://www.skincaresolutionsstore.com/). *See also* Exhibit F at 2.



58.     These false and misleading statements are likely to cause consumers to falsely believe that the Non-Genuine Products are lawfully marketed, sold, and distributed by Ms. Ashwood, the founder of Skincare Solutions, and that the Non-Genuine Products are associated with, sponsored by, or affiliated with Cellese and that Cellese approves, sponsors, or otherwise endorses Skincare Solutions and its infringing activity.  In fact, the opposite is true: Ms. Ashwood and her company are serial infringers that are illegally and without authorization using Cellese's Mark to trade off the goodwill of the AnteAGE® Brand.

59.     As another prominent example of the above false and misleading statements, the Skincare Solutions homepage contains a prominent banner that combines these and additional false and misleading statements into a web of deceit. The banner falsely and misleadingly claims that Skincare Solutions sells "physician

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

grade" products, is an "authorized retailer for every brand we offer," that it "guarantees authenticity," and that "every item we sell is . . . authentic." https://www.skincaresolutionsstore.com/; *see also* Exhibit F at 1-3.   Below is a screenshot representing those false and misleading statements as they appear on Skincare Solutions' homepage (https://www.skincaresolutionsstore.com/). *See also* Exhibit F at 1-3.

Skincare Solutions Store – Selling High Quality Physician Grade Skincare Products Since 2003

**If you're not happy, we're not happy!**

We strive for excellence in all areas and because we carry strong, result-driven products, we want you to feel confident when ordering from our company. With well over 20 years of expertise in the medical aesthetics and high-performance beauty sector, we have cultivated long-term partnerships with the world's most prestigious brands. As an authorized retailer for every brand we offer, we guarantee authenticity, product integrity, and complete peace of mind with every purchase. Rest assured that every item we sell is fresh and authentic. We have a medical director on staff and knowledgeable employees.

60.    These false statements are likely to cause consumers to mistakenly believe that the Non-Genuine Products are associated with, sponsored by, or affiliated with Cellese and that Cellese approves, sponsors, or otherwise endorses Skincare Solutions and its infringing activity.

61.    Skincare Solutions' "About Us" webpage is full of the above falsities and more.  It falsely and misleadingly draws consumers into purchasing non-genuine goods from a "trusted online retailer of physician-grade skin care products" that "guarantee[s] authenticity," is "fully authorized and [a] recognized partner[] of each brand available on our website," and provides "anti-aging products directly from their distributors."  https://www.skincaresolutionsstore.com/about-us.html.  Below is a screenshot representing the false and misleading statements littered throughout

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

Skincare Solutions' About Us webpage as they appear on https://www.skincaresolutionsstore.com/about-us.html. A true and correct copy of the Skincare Solutions "About Us" webpage displaying these and the additional false and misleading statements described above is attached hereto as **Exhibit G**.

## About Us

Skincare Solutions Store is a trusted online retailer of physician-grade skin care products. We have been in business for over 19 years and are committed to providing our customers with the best possible shopping experience. Skincare Solutions Store proudly stands behind every product and guarantee authenticity.

Skincare Solutions Store was founded in 2003 by Tara Ashwood, a skin care professional who saw a growing need for the presence of an online market for the sale of skin care products. Tara worked as a manager for a skin care facility in Colorado, and knew there was a demand for high-quality, authentic skin care products that could be purchased online. At the time, there were no websites selling skin care products, so she ventured into uncharted waters and began what is now a multi-million-dollar business with over one million customers. In 2016 Tara was joined by her daughter, Amanda who recently graduated with her Juris Doctorate. Working together, Tara and Amanda were able to create and maintain an online presence that is unmatched in integrity, reliability, and professionalism. The mother- daughter duo complement each other's work ethic and continue to provide a trusted shopping experience for every customer.

**Mission:** Our mission is to provide our customers with the best skin care products. We believe that everyone deserves to have healthy, radiant skin and we are committed to helping our customers achieve their skin care goals.

**Values:** Trust: We are committed to building trust with our customers. We build trust by being honest, transparent, and always delivering on our promises.

**Excellence:** We strive to provide our customers with the best skin care products. We achieve this by offering a wide variety of products from leading brands, providing excellent customer service, and constantly progressing to improve our services.

**Authenticity:** We are committed to providing our customers with fresh and authentic skin care products. We are fully authorized and recognized partners of each brand available on our website, and we have a medical director on staff who ensures that all our products are safe and effective.

**Products:** Skincare Solutions Store offers a wide variety of physician-grade skin care products, including chemical peels, micro needling rollers and stamps, and a plethora of effective anti-aging products directly from their distributors.

**Customers:** Skincare Solutions Store has over one million loyal customers worldwide. Our customers come from all walks of life, and they trust us to provide them with the best possible skin care products.

**Team:** Skincare Solutions Store is a team of knowledgeable skin care professionals who are passionate about skin care. Our team is committed to providing customers with the best customer service and are always looking for new and innovative ways to improve the services we provide.

**Future:** Skincare Solutions Store is committed to continuing to grow and improve. We are always looking for new products and services to offer our customers and for new ways to improve our customer service. We believe the future of skin care is bright, and we are excited to be a part of the journey. We are committed to providing our customers with the best possible skin care products, and we are confident that we will continue to grow and succeed in the years to come.

Visit our website today to learn more about our products and services. We are confident that you will find the perfect skin care products for your needs.

62. These false and misleading statements, once again, are likely to cause consumers to falsely believe the Non-Genuine Products are associated with, sponsored by, or affiliated with Cellese and that Cellese approves, sponsors, or otherwise endorses Skincare Solutions and its infringing activity.

## HARM TO PLAINTIFF

63. Skincare Solutions' willful, intentional, and deceitful conduct has significantly harmed Cellese and may further disrupt its business. Further disruption will cause irreparable harm.

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

64.     Cellese invested a substantial amount of time and resources into developing and producing the AnteAGE® Products and AnteAGE® Brand, protecting its trademarks used in connection with the AnteAGE® Brand, and developing, monitoring, and enforcing strict quality control measures to ensure the safety and efficacy of the AnteAGE® Products and in turn, the integrity of the Cellese Marks.  As a result, Cellese has amassed tremendous goodwill in the AnteAGE® Brand.  Skincare Solutions' conduct has caused the erosion of this goodwill.

65.     Consumers and entities exposed to Skincare Solutions' infringing activity and false and misleading statements are likely to be confused and deceived, doing irreparable harm to Cellese's reputation, consumers, and the skincare marketplace.  This disrupts Cellese's business, diminishes its position in the marketplace, and harms its stellar reputation.

66.     Cellese continues to experience the harms detailed herein because, as of the date of this Complaint, the sale of the Non-Genuine Products and Skincare Solutions' false and misleading statements are ongoing.

## CAUSES OF ACTION

### First Cause of Action

### Trademark Infringement Under 15 U.S.C. § 1114, *et seq.*

67.     Cellese re-alleges and incorporates all of the allegations set forth in the preceding paragraphs as if fully set forth herein.

68.     Cellese is the owner of all right, title, and interest in and to the incontestable registration for AnteAGE® (Reg. No. 6078458), which is valid and in full force and effect.

69.     Skincare Solutions has used AnteAGE® (Reg. No. 6078458) in U.S. commerce to market, promote, offer for sale, sell, and distribute the Non-Genuine Products.  Skincare Solutions' unauthorized use of AnteAGE® (Reg. No. 6078458) is likely to cause confusion, deception, or mistake in the marketplace because

consumers are likely to believe there is a connection, affiliation, or sponsorship between Cellese and Skincare Solutions when there is not.

70.    Skincare Solutions' conduct constitutes infringement of AnteAGE® (Reg. No. 6078458) in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

71.    On information and belief, Skincare Solutions' conduct has been willful and in bad faith and Skincare Solutions has used AnteAGE® (Reg. No. 6078458) with the intention of misleading, deceiving, or confusing consumers as to the origin of its goods and for the purpose of trading on Cellese's reputation and goodwill.

72.    On information and belief, any of Skincare Solutions' officers, agents, servants, or employees that took part in its improper conduct detailed in this Complaint did so within the course and scope of their employment for Skincare Solutions, with the specific purpose of benefiting Skincare Solutions.

73.    On information and belief, as alleged above, Skincare Solutions either participated in these acts or exercised control over its officers, agents, servants, or employees that committed these acts, had actual or constructive knowledge of the acts, materially contributed to the acts, or otherwise benefited from these acts.  As a result, Skincare Solutions is directly, contributorily, and vicariously liable for trademark infringement.

74.    As a direct and proximate cause of Skincare Solutions' conduct, Cellese has suffered and will continue to suffer loss of income, profits, and goodwill, and Skincare Solutions will continue to unfairly acquire income, profits, and goodwill.

75.    Skincare Solutions' conduct will cause further irreparable injury to Cellese and consumers if Skincare Solutions is not restrained by this Court.  Cellese is entitled to preliminary and permanent injunctive relief and Cellese's remedies at law are inadequate to compensate for this harm.

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

**Second Cause of Action**

**Unfair Competition and False Designation of Origin**

**Under 15 U.S.C. § 1125,** *et seq.*

76. Plaintiff re-alleges and incorporates all of the allegations set forth in the preceding paragraphs as if fully set forth herein.

77. Plaintiff has adopted and used the Cellese Marks in U.S. commerce, which consumers have come to associate exclusively with Cellese. Cellese is the owner of all right, title, and interest in and to the Cellese Marks. The Cellese Marks are non-functional.

78. Skincare Solutions has used the Cellese Marks in U.S. commerce to market, promote, offer for sale, sell, and distribute the Non-Genuine Products. Skincare Solutions' unauthorized use of the Cellese Marks is likely to cause confusion, deception, or mistake in the marketplace because consumers are likely to believe there is a connection, affiliation, or sponsorship between Cellese and Skincare Solutions.

79. Skincare Solutions' conduct constitutes federal unfair competition and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

80. On information and belief, Skincare Solutions' conduct has been willful and in bad faith and Skincare Solutions has used the Cellese Marks with the intention of misleading, deceiving, or confusing consumers as to the origin of its goods and for the purpose of trading on Cellese's reputation and goodwill.

81. On information and belief, any of Skincare Solutions' officers, agents, servants, or employees that took part in its improper conduct detailed in this Complaint did so within the course and scope of their employment for Skincare Solutions, with the specific purpose of benefiting Skincare Solutions.

82. On information and belief, as alleged above, Skincare Solutions either participated in these acts or exercised control over its officers, agents, servants, or

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

employees that committed these acts, had actual or constructive knowledge of the acts, materially contributed to the acts, or otherwise benefited from these acts. As a result, Skincare Solutions is directly, contributorily, and vicariously liable for the unfair competition and false designation of origin.

83. As a direct and proximate cause of Skincare Solutions' conduct, Cellese has suffered and will continue to suffer loss of income, profits, and goodwill, and Skincare Solutions will continue to unfairly acquire income, profits, and goodwill.

84. Skincare Solutions' conduct will cause further irreparable injury to Cellese if Skincare Solutions is not restrained by this Court. Cellese is entitled to preliminary and permanent injunctive relief and Cellese's remedies at law are inadequate to compensate for this harm.

## **Third Cause of Action**

### **False Advertising Under 15 U.S.C. § 1125, *et seq.***

85. Cellese re-alleges and incorporates all of the allegations set forth in the preceding paragraphs as if fully set forth herein.

86. Skincare Solutions has committed acts of false and misleading advertising by disseminating false and misleading claims, including as alleged above.

87. Skincare Solutions' statements are false and misleading.

88. As evidenced on its website and as alleged above, Skincare Solutions has prominently, repeatedly, and continuously emphasized the importance of establishing itself as a "trusted" online skincare seller offering "authentic" products to consumers, admitting and trading on the position that its false statements are material to relevant consumers' purchasing decisions.

89. Skincare Solutions' deception is likely to impact purchasing decisions of its customers and Cellese's consumers in deciding to purchase Skincare Solutions' goods over competitors, including Cellese's AnteAGE® Products, and is therefore material to Skincare Solutions' and Cellese's customers.

-34-

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

90. Skincare Solutions' deception is likely to impact purchasing decisions of Cellese's customers in deciding whether to purchase Cellese's AnteAGE® Products, and those of its Authorized Providers, by questioning the safety, efficacy, and authenticity of genuine AnteAGE® Products, and is therefore material to Cellese's customers.

91. Skincare Solutions has offered and/or sold its falsely advertised goods and services in U.S. commerce because it has advertised over the Internet, namely through its website, www.skincaresolutions.com, and purports to ship goods nationwide, *see* https://www.skincaresolutionsstore.com/shipping-prices.html.

92. Cellese has been, continues to be, and is likely to be injured as a result of Skincare Solutions' false and misleading claims, as such wrongful conduct directly invokes the safety, efficacy, and authenticity of genuine AnteAGE® Products.

93. On information and belief, Skincare Solutions is well aware of the requirements for truthful marketing relating to its products, considering it has been sued for False Advertising at least three times. *See Alastin Skincare, Inc. v. Skincare Solutions Store, LLC*, No. 1:21-cv-11386-LTS (D. Mass. Oct. 15, 2021); *Dermaforce Holdings, LLC et al. v. Ashwood a/k/a Tara Salz et al.*, No. 1:18-cv-01171-STV (D. Col. May 14, 2018); *Interkontinental Invest. Man., LLC et al. v. Ashwood et al.*, No. 9:17-cv-80061-KAM (D. Fl. Jan. 17, 2017).

94. Skincare Solutions' false and misleading statements, part of its companywide efforts to favorably position itself and its brand as a trusted retailer with authentic products, are deceptive, have a tendency to deceive a substantial segment of Skincare Solutions' audience, the marketplace, and Cellese's customers and potential customers, and/or, on information and belief, have actually deceived Skincare Solutions' customers, the marketplace, and Cellese's customers and potential customers.

95. On information and belief, any of Skincare Solutions' officers, agents, servants, or employees that took part in its improper conduct detailed in this

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

Complaint did so within the course and scope of their employment for Skincare Solutions, with the specific purpose of benefiting Skincare Solutions.

96.   On information and belief, as alleged above, Skincare Solutions either participated in these acts or exercised control over its officers, agents, servants, or employees that committed these acts, had actual or constructive knowledge of the acts, materially contributed to the acts, or otherwise benefited from these acts.  As a result, Skincare Solutions is directly, contributorily, and vicariously liable for the false and deceptive claims.

97.   Cellese has been, continues to be, and is likely to be injured as a result of Skincare Solutions' false and deceptive claims.

98.   As a result of Skincare Solutions' unlawful acts, Cellese is suffering irreparable harm that has no adequate remedy at law.

### Fourth Cause of Action

### Common Law False Designation of Origin & Unfair Competition

99.   Cellese re-alleges and incorporates all of the allegations set forth in the preceding paragraphs as if fully set forth herein.

100.   Cellese has adopted and used the Cellese Marks in U.S. commerce, which consumers have come to associate exclusively with Cellese.  Cellese is the owner of all rights, title, and interest in the Cellese Marks.

101.   Skincare Solutions is promoting, advertising, selling, and distributing goods and services under the Cellese Marks in violation of California's common law of unfair competition.

102.   Skincare Solutions' unauthorized use of the Cellese Marks for goods and services competing with Cellese's goods and services is likely to cause confusion, deception, or mistake in the marketplace as to the source or sponsorship of Skincare Solutions goods and services.

103.   On information and belief, Skincare Solutions' conduct is willful, intentional, malicious, and in bad faith.

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

104.   On information and belief, any of Skincare Solutions' officers, agents, servants, or employees that took part in its improper conduct detailed in this Complaint did so within the course and scope of their employment for Skincare Solutions, with the specific purpose of benefiting Skincare Solutions.

105.   On information and belief, as alleged above, Skincare Solutions either participated in these acts or exercised control over its officers, agents, servants, or employees that committed these acts, had actual or constructive knowledge of the acts, materially contributed to the acts, or otherwise benefited from these acts.  As a result, Skincare Solutions is directly, contributorily, and vicariously liable for the unfair competition and false designation of origin.

106.   As a direct and proximate result of Skincare Solutions' conduct, Cellese has suffered and will continue to suffer irreparable loss of income, profits, and good will, and Skincare Solutions will continue to unfairly acquire income, profits, and goodwill.  As a direct and proximate cause of Skincare Solutions' conduct, Cellese has been and will continue to be irreparably harmed and damaged.  Cellese's remedies at law are inadequate to compensate for this harm.

107.   Skincare Solutions' conduct will cause further irreparable injury to Cellese if Skincare Solutions is not restrained by this Court from further violation of Cellese's rights.

### Fifth Cause of Action

### Unfair Competition Under Cal. Bus. & Prof. Code § 17200, *et seq.*

108.   Cellese re-alleges and incorporates all of the allegations set forth in the preceding paragraphs as if fully set forth herein.

109.   Cellese has adopted and used the Cellese Marks in U.S. commerce, which consumers have come to associate exclusively with Cellese.  Cellese is the owner of all rights, title, and interest in the Cellese Marks. The Cellese Marks are non-functional.

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

110. On information and belief, Skincare Solutions has intentionally appropriated the Cellese Marks with the intent of causing confusion, mistake, and deception as to the source of its goods and services with the intent to pass off its goods and services as those of Cellese.

111. Skincare Solutions' conduct in connection with the offer for sale, the sale of, and advertisement of the Non-Genuine Products has violated the unfair competition laws of the State of California, specifically Cal. Bus. & Prof. Code § 17200 *et seq*.

112. On information and belief, Skincare Solutions' conduct is willful, intentional, malicious, and in bad faith.

113. On information and belief, any of Skincare Solutions' officers, agents, servants, or employees that took part in its improper conduct detailed in this Complaint did so within the course and scope of their employment for Skincare Solutions, with the specific purpose of benefiting Skincare Solutions.

114. On information and belief, as alleged above, Skincare Solutions either participated in these acts or exercised control over its officers, agents, servants, or employees that committed these acts, had actual or constructive knowledge of the acts, materially contributed to the acts, or otherwise benefited from these acts. As a result, Skincare Solutions is directly, contributorily, and vicariously liable for the unfair competition.

115. As a direct and proximate cause of Skincare Solutions' conduct, Cellese has been and will continue to be irreparably harmed and damaged. Cellese's remedies at law are inadequate to compensate for this harm.

## PRAYER FOR RELIEF

WHEREFORE, Cellese demands judgment and relief against Skincare Solutions and respectfully requests that this Court:

-38-
COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

a. Preliminarily and then permanently enjoin, restrain, and forbid Skincare Solutions, its officers, agents, servants, employees, attorneys, successors or assigns, and all persons or entities acting in concert or participation with it from:

i. using any false designation or origin or false description or representation or any other thing calculated or likely to cause confusion, mistake, or deception in the marketplace as to the source of Skincare Solutions' goods and services or any belief that Skincare Solutions' goods and services are in any way associated with, affiliated with, or related to Cellese or Cellese's goods and services;

ii. engaging in any activity constituting unfair competition with Cellese or with Cellese's rights in, or to use, the Cellese Marks;

iii. further using the Cellese Marks, or confusingly similar variations thereof, in or as a part of any advertising, marketing and/or media material, web page text, social media platform, domain name, email, or other communication;

iv. assisting, aiding or abetting another person, entity, or business in engaging in or performing any of the activities enumerated above.

b. Direct Skincare Solutions to file with the Court and serve on counsel for Cellese, within thirty days after entry of any injunction issued by this Court, a sworn statement as provided in 15 U.S.C. § 1116;

c. Direct Skincare Solutions to account to Cellese for its profits arising from the conduct complained of herein, pursuant to 15 U.S.C. § 1117(a);

d. Award Cellese its actual damages incurred as a consequence of Skincare Solutions' conduct as described herein, pursuant to 15 U.S.C. § 1117(a), 15 U.S.C. § 1125(a), and California law;

e. Award Cellese its reasonable attorneys' fees and taxable costs and disbursements of this action, pursuant to the Lanham Act, the Copyright Act, and the inherent authority of the Court;

COMPLAINT AGAINST SKINCARE SOLUTIONS                    Case No. 8:26-cv-00638

f.      Award Cellese trebled damages as provided for under the Lanham Act;

g.      Award Cellese prejudgment interest at the rate provided for under California law as applicable; and

h.      Award Cellese such other and further relief as the Court deems just and equitable.

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Cellese demands a jury trial on all issues so triable.

Dated:    March 20, 2026              DORSEY & WHITNEY LLP


                                      By: */s/ J. Michael Keyes*
                                      J. Michael Keyes (SBN 262281)
                                        keyes.mike@dorsey.com
                                      Emily Martin-Shakya (*pro hac vice pending*)
                                        martin.shakya.emily@dorsey.com
                                      Columbia Center
                                      701 Fifth Avenue, Suite 6100
                                      Seattle, WA
                                      Telephone:  206.903.8800
                                      Facsimile:   206.903.8820

                                      DORSEY & WHITNEY LLP
                                      Kent J. Schmidt (SBN 195969)
                                        *schmidt.kent@dorsey.com*
                                      600 Anton Boulevard, Suite 200
                                      Costa Mesa, CA 92626
                                      Telephone:  714.800.1400
                                      Facsimile:   714.800.1499

                                      *Attorneys for Plaintiff Cellese, Inc.*

COMPLAINT AGAINST SKINCARE SOLUTIONS              Case No. 8:26-cv-00638